IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KENNETH A. ROBERTS,

    Plaintiff,　　　　　　　　　　　　　　JUDGMENT IN A CIVIL CASE

v.　　　　　　　　　　　　　　　　　　　　　　11-cv-253-wmc

DEB MCCULLOCH,

    Defendant.

---

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice to plaintiff Kenneth A. Roberts raising his claim of illegal confinement in a petition for a writ of habeas corpus after he has exhausted his state court remedies.

_Peter Oppeneer_　　　　　　　　　　　　　7/5/11
Peter Oppeneer, Clerk of Court　　　　　　　　　Date